UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GINA BOWMAN,<br><br>    Plaintiff,<br><br>v.<br><br>OLD NAVY, LLC,<br><br>    Defendant. | C.A. NO. |

## NOTICE OF REMOVAL

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

Pursuant to 28 U.S.C. § 1446(a), the defendant, Old Navy, LLC, hereby invokes this Court's jurisdiction under the provisions of 28 U.S.C. §§ 1332 and 1441(a) and states the following grounds for removal:

1. On or about August 11, 2017, the plaintiff filed an action, styled and captioned as above and assigned Civil Action No. 1777CV01192, along with a Civil Action Cover Sheet, for alleged negligence against the defendant, Old Navy, LLC, in Essex County Superior Court.

2. The plaintiff served the Summons and Complaint upon the defendant on or about October 30, 2017.

3. The Summons and Complaint constitute all process, pleadings, and orders served on the defendant to date in this action. Copies of the Summons and Complaint are attached as Exhibits A and B.

4. Having been filed within 30 days of service of the Summons and Complaint upon the defendant, this Notice of Removal to the United States District Court has been filed in a

timely manner pursuant to the provisions of 28 U.S.C. § 1446(b). See Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344, 347-48, 119 S. Ct. 1322, 1325 (1999).

5. The defendant will promptly provide written notice, as required by 28 U.S.C. § 1446(d), to the adverse party and clerk of the state court in which this case was initially filed.

6. Jurisdiction exists over this removed action, pursuant to 28 U.S.C. § 1441, because this action could originally have been filed in this Court, pursuant to 28 U.S.C. § 1332(a)(1), on the basis that there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000:

   a. Defendant Old Navy is a limited liability company organized under the laws of Delaware with its principal place of business in San Francisco, California.

   b. Based on the Complaint, plaintiff is an individual residing in Methuen, Essex County, Commonwealth of Massachusetts. A copy of plaintiff's Complaint is attached as Exhibit B.

   c. Plaintiff's Complaint states that plaintiff Gina Bowman sustained "severe injuries of body and mind, was forced to seek medical treatment, incurred medical expenses and was prevented from carrying out her usual activities for a long period of time." A copy of plaintiff's Complaint is attached as Exhibit B.

   e. The plaintiff claims that her damages total $84,621.46 including documented medical bills of $57,722.46 and reasonably anticipated future medical and hospital expenses of $26,899. A copy of plaintiff's Civil Action Cover Sheet is attached as Exhibit C.

   f. Additionally, prior to filing suit, plaintiff issued a demand of $425,000 on April 26, 2017. A copy of plaintiff's demand letter is attached as Exhibit D.

1482490v.1

8. Pursuant to 28 U.S.C. §§ 101 and 1441(a), the United States District Court for the District of Massachusetts is the proper forum for removal of the state court action which was commenced in Essex County Superior Court.

WHEREFORE, the defendant requests that the action pending in Essex County be removed therefrom to this Court and proceed as an action properly so removed.

Respectfully submitted,

The Defendant,
Old Navy, LLC,

By Its Attorneys,

/s/ Kathleen A. Federico

---

Sean J. Milano, BBO #551996
smilano@morrisonmahoney.com
Kathleen A. Federico, BBO 682722
kfederico@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Phone:   617-439-7500
Fax:     617-342-4938

1482490v.1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 6, 2017

/s/ *Kathleen A. Federico*